1  Danielle E. Rosché Esq.
2  DC 230459
   CA 265434
3  Rosché Immigration Law PLLC
   1700 7th Ave Ste. 2100
4  Seattle, WA 98101
5  Tel: (206) 923-8426

6  E-mail: Danielle@Roscheimmigrationlaw.com

7
                    UNITED STATES DISTRICT COURT
8                 NORTHERN DISTRICT OF CALIFORNIA

9  S. Y.                                  Civil Action No. 3:25-cv-01017
   4458 S. Thistle Place,
10 Seattle, WA, 98118
                                                    **ORDER**
11           Plaintiff

12               v.

13 Secretary of the United States Department of Homeland
   Security; Director of United States Citizenship and
14 Immigration Services; Director of the San Francisco Asylum
   Office,
15
             Defendants
16

17

18
                            **ORDER**
19
20      The Court HEREBY GRANTS Plaintiff's motion to proceed under pseudonym in all

21 public filings and requiring Defendants to also use his pseudonym in all public filings.

22 Dated: March 18, 2025

23                              _Sallie Kim_
                               _____
24                             SALLIE KIM
                               United States Magistrate Judge
25

26

[PROPOSED] ORDER
Page **1** of **1**