UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. Y.,<br><br>        Plaintiff,<br><br>    v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY (DHS), et al.,<br><br>        Defendants. | Case No. 25-cv-01017-SK<br><br>**ORDER TO SHOW CAUSE** |

On January 31, 2025, Plaintiff, who is represented by counsel, filed a complaint for writ of mandamus challenging the delay in processing his petition for asylum. (Dkt. No. 1.)

Under the Federal Rules of Civil Procedure, there is a time limit for effectuating service of a complaint. Fed. R. Civ. P. 4(m). Specifically, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." *Id*. However, if a "plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id*.

Over 90 days have passed since Plaintiff filed his complaint, yet Plaintiff has not yet filed proof of service. Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than May 19, 2025, why this case should not be referred to a district judge with a recommendation to dismiss for failure to prosecute, pursuant to Federal Rule of Civil Procedure 41(b). Plaintiff should discuss any attempts he has made to effect service and whether he requires more time.

**IT IS SO ORDERED**.

Dated: May 5, 2025

_____
SALLIE KIM
United States Magistrate Judge