UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. Y.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY (DHS), et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-01017-SK<br><br>**ORDER REGARDING ORDER TO SHOW CAUSE** |

On May 5, 2025, the Court issued an Order to Show Cause ("OSC") why Plaintiff had failed to effectuate service of process by the deadline. (Dkt. No. 12.) Plaintiff's response was due May 19, 2025. (*Id.*) Plaintiff has not filed a response to the OSC. However, it appears from the docket that Plaintiff filed proof of service on May 12, 2025. (Dkt. No. 13.) The Court will not discharge the OSC without an explanation of why the tardy service should be excused. Further, it was Plaintiff's obligation to inform the Court that service was effected in response to the OSC. Plaintiff is hereby ORDERED to respond to the OSC no later than May 28, 2025.

**IT IS SO ORDERED**.

Dated: May 21, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/ Sallie Kim*
　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge