United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. Y.,<br><br>            Plaintiff,<br><br>       v.<br><br>SECRETARY OF THE DEPARTMENT OF HOMELAND SECURITY (DHS), et al.,<br><br>            Defendants. | Case No. 25-cv-01017-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 12 |

For good cause shown, the Court hereby discharges its May 5, 2025 Order to Show Cause.

Plaintiff's counsel is admonished to timely file proof of service moving forward.

**IT IS SO ORDERED**.

Dated: May 29, 2025

_____
SALLIE KIM
United States Magistrate Judge