United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

S. Y.,

        Plaintiff,

     v.

SECRETARY OF THE DEPARTMENT
OF HOMELAND SECURITY (DHS), et al.,

        Defendants.

Case No.  25-cv-01017-YGR   (LJC)

**NOTICE OF REFERRAL FOR DISCOVERY**

Re: Dkt. No. 30

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery.  The undersigned is reviewing Plaintiff's Motion for Discovery (Re: Dkt. No. 26), and will order a telephone conference, hearing, and/or further briefing, if needed.  For all future discovery disputes that the parties seek to resolve through this Court, the parties must comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: May 15, 2026

LISA J. CISNEROS
United States Magistrate Judge